B 1 (Official Form 1) (1/08)

| United States Bankruptcy Court<br>Northern District of Illinois<br>Eastern Division | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**VITC LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**Assumed Names**<br><br>**VIAWORLD Internet Telecommunications**<br>**VITC Telecommunications LLC** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN(if more than one, state all): **36-4454972** | Last four digits of Soc. Sec. or Indvidual-Taxpayer I.D. (ITIN) No./Complete EIN(if more than one, state all): |

| Street Address of Debtor (No. & Street, City, and State):<br>**620 N. Euclid**<br><br>**Oak Park, IL**   ZIP CODE **60302** | Street Address of Joint Debtor (No. & Street, City, and State):   ZIP CODE |
|---|---|
| County of Residence or of the Principal Place of Business:<br>**Cook** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):   ZIP CODE | Mailing Address of Joint Debtor (if different from street address):   ZIP CODE |

| Location of Principal Assets of Business Debtor (if different from street address above):<br>**Oak Park, IL; Los Angeles, CA;, Singapore and Hanoi, Viet Nam.**   ZIP CODE **Nam.** |
|---|

| Type of Debtor<br>(Form of Organization)<br>(Check one box.) | Nature of Business<br>(Check one box) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☑ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)<br>**Limited Liability Company** | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☑ Other | ☑ Chapter 7   ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 9<br>☐ Chapter 11   ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding<br>☐ Chapter 12<br>☐ Chapter 13 |
| | **Tax-Exempt Entity**<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code.) | **Nature of Debts**<br>(Check one box)<br>☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or house-hold purpose."   ☑ Debts are primarily business debts. |

| Filing Fee (Check one box) | Chapter 11 Debtors |
|---|---|
| ☑ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b) See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | **Check one box:**<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>**Check if:**<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.<br>........................................................<br>**Check all applicable boxes**<br>☐ A plan is being filed with this petition<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ☑ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |

Estimated Assets

| ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,031 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,031 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| Voluntary Petition | Name of Debtor(s): |
| *(This page must be completed and filed in every case)* | VITC LLC |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) | | |
|---|---|---|
| Location Where Filed:   **NONE** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor: **NONE** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

<table>
<tr><td><b>Exhibit A</b><br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>❏  Exhibit A is attached and made a part of this petition.</td><td><b>Exhibit B</b><br>(To be completed if debtor is an individual whose debts are primarily consumer debts)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br><b>X</b>  <b>Not Applicable</b><br>    Signature of Attorney for Debtor(s)      Date</td></tr>
</table>

| **Exhibit C** |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety? |
| ❏  Yes, and Exhibit C is attached and made a part of this petition. |
| ❏  No |

| **Exhibit D** |
|---|
| (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.) |
| ❏    Exhibit D completed and signed by the debtor is attached and made a part of this petition. |
| If this is a joint petition: |
| ❏    Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |

| **Information Regarding the Debtor - Venue** |
|---|
| (Check any applicable box) |
| ☑   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District. |
| ❏   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District. |
| ❏   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Certification by a Debtor Who Resides as a Tenant of Residential Property** |
|---|
| (Check all applicable boxes.) |
| ❏   Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following). |
| _____ |
| (Name of landlord that obtained judgment) |
| _____ |
| (Address of landlord) |
| ❏   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and |
| ❏   Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition. |
| ❏   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)). |

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Document     Page 3 of 62 Name of Debtor(s):<br>VITC LLC |

## Signatures

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br><br>(If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7) I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.<br><br>[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).<br><br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition. | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br><br>(Check only one box.)<br><br>☐ I request relief in accordance with chapter 15 of Title 11, United States Code. Certified Copies of the documents required by § 1515 of title 11 are attached.<br><br>☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the Chapter of title 11 specified in the petition. A certified copy of the order granting recognition of the foreign main proceeding is attached. |
| X   **Not Applicable**<br> ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾<br>Signature of Debtor<br><br>X   **Not Applicable**<br> ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾<br>Signature of Joint Debtor<br><br> ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾<br>Telephone Number (If not represented by attorney)<br><br> ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾<br>Date | X   **Not Applicable**<br> ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾<br>(Signature of Foreign Representative)<br><br><br> ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾<br>(Printed Name of Foreign Representative)<br><br> ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾<br>Date |
| **Signature of Attorney**<br>X _(signature)_<br> ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾<br>Signature of Attorney for Debtor(s)<br><br>**Dennis M. Sbertoli  Bar No. 3128965**<br> ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾<br>Printed Name of Attorney for Debtor(s) / Bar No.<br><br>**Sbertoli Law Office**<br> ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾<br>Firm Name<br><br>**Dennis M. Sbertoli  P.O. Box 1482**<br> ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾<br>Address<br>**La Grange Park, IL 60526**<br> ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾<br><br>**(708) 579-9724      (708) 579-1934**<br> ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾<br>Telephone Number<br><br> ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾<br>Date<br>*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | **Signature of Non-Attorney Petition Preparer**<br><br>I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.<br><br>**Not Applicable**<br> ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾<br>Printed Name and title, if any, of Bankruptcy Petition Preparer<br><br> ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾<br>Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)<br><br> ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾<br>Address<br><br>X   **Not Applicable** |
| **Signature of Debtor (Corporation/Partnership)**<br><br>I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br><br>The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X _(signature)_<br> ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾<br>Signature of Authorized Individual<br>**Thomas O'Connor**<br> ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾<br>Printed Name of Authorized Individual<br>**Manager**<br> ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾<br>Title of Authorized Individual<br><br> ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾<br>Date | ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾<br>Date<br>Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.<br><br>Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.<br><br>If more than one person prepared this document, attach to the appropriate official form for each person.<br><br>*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.* |

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois
## Eastern Division

In re  **VITC LLC**
_____ ,
Debtor

Case No. _____

Chapter  **7**  _____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | YES | 1 | $        0.00 | | |
| B - Personal Property | YES | 8 | $    29,351.67 | | |
| C - Property Claimed as Exempt | NO | | | | |
| D - Creditors Holding Secured Claims | YES | 1 | | $        0.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | YES | 3 | | $        0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 12 | | $  22,264,344.16 | |
| G - Executory Contracts and Unexpired Leases | YES | 1 | | | |
| H - Codebtors | YES | 1 | | | |
| I - Current Income of Individual Debtor(s) | NO | 0 | | | $ |
| J - Current Expenditures of Individual Debtor(s) | NO | 0 | | | $ |
| TOTAL | | 27 | $    29,351.67 | $  22,264,344.16 | |

B6A (Official Form 6A) (12/07)

In re: __VITC LLC__ _____     Case No. _____

          **Debtor**                                              (If known)

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| | | | | |

                                   Total    ➤    | 0.00 |

                                              (Report also on Summary of Schedules.)

B6B (Official Form 6B) (12/07)

In re  **VITC LLC**                                                                                  Case No. _____

Debtor                                                                                                  (If known)

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Checking account at American Charter Bank** | | **2,000.00** |
| Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Checking account at Bank of America.** | | **1,500.00** |
| Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Checking account at City Bank** | | **200.00** |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | **For rental property, Terry McCullum, McCullum Realty, Chicago Title Land Trust Company under Trust number 1067200** | | **1,401.67** |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | **Office furniture consisting of six to ten leather office chairs, printers, monitors, fax machine; Conference room furniture consisting of: credenza, book cases, shelf units, and tables. Currently in storage at the residence of Thomas O'Connor.** | | **3,500.00** |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re   **VITC LLC**                                                                    Case No. _____

                                    **Debtor**                                                                    **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | VITC Asia, Privated Ltd. A corporation established under the laws of Singapore. Not currently operating. | | 0.00 |
| Stock and interests in incorporated and unincorporated businesses. Itemize. | | VITC Ltd.-Hanoi, an artificial entity established under the provisions of the country of Vietnam. Not currently operating | | 0.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | 99 Video and Mini Market 2857 Sentar Rd. P San Jose, CA 95111 | | 0.00 |
| Accounts receivable. | | An Ngon Vietnamese Cuisine 6139 Park BLVD Pinellas Park, FL 33781 | | 0.00 |
| Accounts receivable. | | An Vinh Phat 1000 W. Waters Ave Suite #8 Tampa, FL 33604 | | 0.00 |
| Accounts receivable. | | Ann's Travel Services 10104 Central Ave D'oberville, MS 39540 | | 0.00 |
| Accounts receivable. | | Asia Video 58 Woodman DR Dayton, OH 45431 | | 0.00 |

B6B (Official Form 6B) (12/07) – Cont.

In re   VITC LLC _____,          Case No. _____
                    **Debtor**                                              **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH- OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 18. Accounts receivable. | | Atlanta Kho Bo<br>4897 Buford Hwy., #164<br>Chamblee, GA 30341 | | 0.00 |
| Accounts receivable. | | Bao Bao Food Market<br>4344 Desiard St.<br>Monroe, LA 71203-4530 | | 0.00 |
| Accounts receivable. | | Boston Gift Shop<br>1152 Dorchester Ave<br>Boston, MA 02125 | | 0.00 |
| Accounts receivable. | | Cho Lon Oriental Market<br>5944 34th St. North<br>Ste 17-18<br>St. Petersburg, FL 33714 | | 0.00 |
| Accounts receivable. | | Cuu Long Giang<br>12355 Florida Blvd<br>Baton Rouge, LA 70815 | | 0.00 |
| Accounts receivable. | | Dong Phuong, NE<br>4615 S. 26th St. Suite A2<br>Amaha, NE 68107-1640 | | 0.00 |
| Accounts receivable. | | Friend Market<br>309 N. 17th St.<br>San Jose, CA 95112 | | 0.00 |
| Accounts receivable. | | Giaan Design Studio Inc. PPCC<br>14643 Seminole Trail<br>Seminole, FL 33776 | | 0.00 |
| Accounts receivable. | | Gianni Nguyen<br>5296 University Avenue, Suite D<br>San Diego, CA 92105 | | 0.00 |
| Accounts receivable. | | Hung Phat Communication Inc.<br>1122 WashingtonAve., Unit K<br>Philadelphia, PA 19147 | | 0.00 |
| Accounts receivable. | | Ken Tran<br>7803 Pineville Circle<br>Castro Valley, CA 94552 | | 0.00 |
| Accounts receivable. | | Kim Lien Nguyen<br>13229 Willowbrook Drive<br>New Orleans, LA 70129 | | 0.00 |
| Accounts receivable. | | Kim Lien T. Nguyen<br>13229 Willowbrook Drive<br>New Orleans, LA 70129 | | 0.00 |

B6B (Official Form 6B) (12/07) -- Cont.

In re  VITC LLC _____   Case No. _____

_____   _____
Debtor                                                              (If known)

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 16. Accounts receivable. | | Kim Thanh<br>4879 N. Broadway<br>Chicago, IL 60640 | | 0.00 |
| Accounts receivable. | | Le Fashion<br>1978 Park Street<br>Hartford, CT 06106 | | 0.00 |
| Accounts receivable. | | Lien Ngoc Tran<br>6609 Wilson Blvd<br>Falls Church, VA 22044 | | 0.00 |
| Accounts receivable. | | LINE Video PPCC<br>3625 W. Lawrence Ave<br>Chicago, IL 60625 | | 0.00 |
| Accounts receivable. | | Mai Phuon Video<br>4897 Buford Hwy #111<br>Chamblee, GA 30341 | | 0.00 |
| Accounts receivable. | | Michelle Do<br>2646 54th Street<br>San Diego, CA 92105 | | 0.00 |
| Accounts receivable. | | Minh Tam Nguyen<br>6170 Leesburg Pike, Apt 2<br>Falls Church, VA 22044-2312 | | 0.00 |
| Accounts receivable. | | Miscellaneous receivables due from various retailers | | 20,000.00 |
| Accounts receivable. | | My A Travel, Inc<br>4300 S. Division Ave<br>Kentwood, MI 49548 | | 0.00 |
| Accounts receivable. | | N & N Maxim, Inc. PPCC<br>2411 Univsersity Blvd W.<br>Wheaton, MD 20902 | | 0.00 |
| Accounts receivable. | | New Catina<br>6757 Wilson Blvd #1011<br>Falls Church, VA 22044 | | 0.00 |
| Accounts receivable. | | Nguoi Viet Tay Bac<br>6951 M.L. King Jr. Way South<br>Suite 205<br>Seattle, WA 98118 | | 0.00 |
| Accounts receivable. | | Nhat Thanh<br>3005 Silver Creek RD #200<br>San Jose, CA 95121 | | 0.00 |

B6B (Official Form 6B) (12/07) -- Cont.

In re   VITC LLC _____

_____ Debtor

Case No. _____

(If known)

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 18. Accounts receivable. | | Nhu Video<br>4225 N. State Rd 7<br>Lauderdale Lakes, FL 33319 | | 0.00 |
| Accounts receivable. | | Ntera, Inc<br>1020 NW 163rd DR<br>Miami, FL 33169 | | 0.00 |
| Accounts receivable. | | Oriental Market<br>1749 N. Military Trail, #B<br>West Palm Beach, FL 33409-4769 | | 0.00 |
| Accounts receivable. | | Pho Xe Tang<br>4953 N. Broadway<br>Chicago, IL 60640 | | 0.00 |
| Accounts receivable. | | Primus Telecommunications<br>7901 Jones Branch Drive<br>Suite 900<br>McLean, VA 22102 | | 0.00 |
| Accounts receivable. | | Quynh Anh video & Gifts<br>4045 E. Belknap<br>Suite #10<br>Haltom City, TX 76111 | | 0.00 |
| Accounts receivable. | | Romance Studio<br>4231 Independence Ave<br>Kansas City, MO 64124-2803 | | 0.00 |
| Accounts receivable. | | Saigon International Farmers Market<br>5380 Jonesboro Rd<br>Lake City, GA 30260 | | 0.00 |
| Accounts receivable. | | Saigon Oriental Market<br>614-614 E. St. Charles Rd<br>Carol Stream, IL 60188 | | 0.00 |
| Accounts receivable. | | Tai Nam Market<br>4925-J Broadway Ave<br>Chicago, IL 60640 | | 0.00 |
| Accounts receivable. | | Tan Chau Market<br>4543 S. Orange Blossom Trail<br>Orlando, FL 32839 | | 0.00 |
| Accounts receivable. | | Tay Do Restaurant<br>1232 Bloomingdale Rd<br>Glendale Heights, IL 60139 | | 0.00 |
| Accounts receivable. | | Thai Bing Market<br>3600 S. Martin Luther King Jr. Blvd<br>Lansing, MI 48910 | | 0.00 |

B6B (Official Form 6B) (12/07) -- Cont.

In re   **VITC LLC**                                                  Case No. _____
_____                                      **(If known)**
                        **Debtor**

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 16. Accounts receivable. | | **Thang Thao Market** **6409 Woodland Ave** **Philadelphia, PA 19142** | | 0.00 |
| Accounts receivable. | | **TNASIANTRAVEL** **7684 49th Street North** **Pinellas Park, FL 33781** | | 0.00 |
| Accounts receivable. | | **Travel Rose** **3829 High Point RD #E** **Greensboro, NC 27407-4320** | | 0.00 |
| Accounts receivable. | | **Trung Viet Supermarket** **4936-42 N. Sheridan Rd** **Chicago, IL 60640** | | 0.00 |
| Accounts receivable. | | **Tu Trinh Restaurant/Golden Nails** **1918 W. Layton Ave** **Milwaukee, WI 53221** | | 0.00 |
| Accounts receivable. | | **U.S. Vietnam Express Corp.** **1012 S. 8th Street** **Philadelphia, PA 19147** | | 0.00 |
| Accounts receivable. | | **Value Telco 455 E. Carson Plaza Drive #J** **Carson, CA90746** | | 0.00 |
| Accounts receivable. | | **Viet Hoa Video & Gift** **10723 98th Street N.W. Edmonton, AB T5H2N8** | | 0.00 |
| Accounts receivable. | | **Vinh Hung Gift Shop** **600 Washington Ave., Unit 3A** **Philadelphia, PA 19147** | | 0.00 |
| Accounts receivable. | | **Vinh Thing Market** **190 N. King St** **Honolulu HI 96817-5013** | | 0.00 |
| Accounts receivable. | | **VN Travel 3654B Gravois Ave** **Saint Louis, MO 63116** | | 0.00 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |

B6B (Official Form 6B) (12/07) – Cont.

In re  **VITC LLC** _____,    Case No. _____
                           **Debtor**                                              **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | | Debtor owns the trade names of VITC Ltd. | | unknown |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | | FCC 214 License that owns a business license issued by the state of California. It owns an authority issued by the Public Utility Commission of Illinois and the Illinois Commerce Commission for purposes of selling pre-paid calling products. Neither is transferrable. | | 0.00 |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | Miscellaneous equipment, three laptop computers, one in the possession of Jeff Henderson, one in the possession of Francis Nguyen, and one in the possession of Tom O'Connor. | | 750.00 |

B6B (Official Form 6B) (12/07) -- Cont.

In re   VITC LLC _____   Case No. _____

_____
Debtor                                                                    (If known)

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 28. Office equipment, furnishings, and supplies. | | Network equipment located in warehouse in Hong Kong, currently in storage, paid through August, 2009, consisting of the following:<br><br>Cisco Router 7206, Cisco Router 7206, Cisco Router 7206, Cisco Catalyst Switch 2900, Cisco Catalyst Switch 3500, Cisco Cat Switch 2950 24 ports, Cisco 3640, Cisco 3640, Dell PowerEdge 350, Dell PowerEdge 750 FTP Server, Dell PowerEdge 750c, Cisco AS5350 8 X E1, Cisco AS5400 8 X E1, Cisco AS5350 4 X E1 108 ports 128 M DRAM 32 M FLash memory 8M Boot ram, Cisco AS5400 8 X E1, EXS 2000 64 E1 2 X PRI 2 X SS& 2 X CPU 2 X PS, 48VDC power converter, 48 VDC power converter, Sun netra 1405, Sun netra 1405, Sonic wall FW, Linksys 16 ports switch, Sun Fire 240 R,Sun Fire 240 R,Sun Fire 240 R,Sun Fire 240 R,Sun Fire v100, DTX 240 F wityh ECI Rack, IBM note book P II for controlling DTX, Dell PowerEdge 1650,Dell PowerEdge 1650,Dell PowerEdge 1650,Dell PowerEdge 1750.<br><br>Current utility and market value unknown. | | unknown |
| Office equipment, furnishings, and supplies. | | Various networking equipment located at debtors former location in Los Angeles California. See attached list.  Current utility and market value unknown. | | unknown |
| 29. Machinery, fixtures, equipment and supplies used in business. | X | | | |
| 30. Inventory. | | Several thousand non-activated phone calling cards.  Scrap value only. | | 0.00 |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested.  Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed.  Itemize. | X | | | |

_7_   continuation sheets attached                     Total  ➤           $ 29,351.67

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

B6D (Official Form 6D) (12/07)

In re  **VITC LLC** _____,    Case No. _____
                          Debtor                                    (If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☑    Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** | | | | | | | | |
| | | | **VALUE** | | | | | |

<u>0</u>    continuation sheets
      attached

| | | |
|---|---|---|
| Subtotal  ▸ (Total of this page) | $            0.00 | $            0.00 |
| Total  ▸ (Use only on last page) | $            0.00 | $            0.00 |
| | (Report also on Summary of Schedules) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

B6E (Official Form 6E) (12/07)

In re  __VITC LLC_____,                    Case No. _____
                              Debtor                                                    (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐ **Domestic Support Obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☑ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

B6E (Official Form 6E) (12/07) – Cont.

In re   __VITC LLC_____.          Case No.   _____
                         Debtor                                              (If known)

❑  **Certain farmers and fishermen**

    Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

❑  **Deposits by individuals**

    Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

❑  **Taxes and Certain Other Debts Owed to Governmental Units**

    Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

❑  **Commitments to Maintain the Capital of an Insured Depository Institution**

    Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

❑  **Claims for Death or Personal Injury While Debtor Was Intoxicated**

    Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

    * Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

1  continuation sheets attached

B6E (Official Form 6E) (12/07) – Cont.

In re    **VITC LLC**                                                Case No. _____
                                                                          (If known)
                          Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Type of Priority: Extensions of Credit in an Involuntary Case**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | X | | 0.00 | 0.00 | $0.00 |

Sheet no. _1_ of _1_ continuation sheets attached to Schedule of Creditors Holding Priority Claims

Subtotals➤
(Totals of this page)

| | | |
|---|---|---|
| $     0.00 | $     0.00 | $     0.00 |

Total ➤
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)

$     0.00

Total ➤
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data. )

| | |
|---|---|
| $     0.00 | $     0.00 |

B6F (Official Form 6F) (12/07)

In re   **VITC LLC**                                                    Case No. _____
                          Debtor                                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data..

☐       Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | 0.00 |
| Advanta Bank Corp. P.O. Box 30715 Salt Lake City, UT 84130-0715 | | | Trade Vendor | | | | |
| ACCOUNT NO. | X | | | | | | 150,000.00 |
| American Chartered Bank 932 W. Randolph Street Chicago, IL 60607 | | | Line of credit extended to debtor corporation and garaunteed by Thomas O'Connor. | | | | |

<u>11</u>   Continuation sheets attached

Subtotal ➤ $       150,000.00

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **VITC LLC** _____ Case No. _____

_____ **Debtor** _____ (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | 0.00 |
| American Express 2965 W. Corporate Lakes Blvd. Weston, FL 33331-3626 | | | Corporate issue credit card | | | | |
| ACCOUNT NO. | | | | | | | 0.00 |
| AT& T P.O. Box 8100 Aurora, IL 60507 | | | Phone service | | | | |
| ACCOUNT NO. | | | | | | | 0.00 |
| Bang Nguyen 9616 Ceralane Drive Fairfax VA 22032 | | | Trade Vendor | | | | |
| ACCOUNT NO. | | | | | | | 160.00 |
| Dien Dan 4947 N. Broadway St Chicago, IL 60640 | | | Trade Vendor | | | | |
| ACCOUNT NO. | | | | | | | 180.00 |
| Doi Moi 646 Pierce St Philadelphia, PA 19148 | | | Trade Vendor | | | | |

Sheet no. _1_ of _11_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ 340.00

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **VITC LLC** _____   Case No. _____
                        Debtor                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   16000534764 | | | | | | | 37.71 |
| **Excel Telecommunications** 433 East Las Colinas Blvd. Irving, TX 75039 | | | Trade Vendor | | | | |
| ACCOUNT NO.   319315 | | | | | | | 47.32 |
| **Express One-Chicago** P.O. Box 900070 Sandy, UT 84090 | | | Trade Vendor | | | | |
| ACCOUNT NO. | | | | | | | unknown |
| **Federal Express** P.O. Box 94515 Palatine, IL 60094-4515 | | | Trade Vendor | | | | |
| ACCOUNT NO. | | | | | | | 125.00 |
| **Ha Uy Di Thoi Bao** P.O. Box 270564 Honolulu, HI 96827 | | | Trade Vendor | | | | |
| ACCOUNT NO. | | | | | | | 140.00 |
| **Homnay Magazine** P.O. Box 0797 Chicago, IL 60690 | | | Trade Vendor | | | | |

Sheet no. _2_ of _11_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ► $   350.03

Total ► $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **VITC LLC**                                                Case No. _____
                              Debtor                                         (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   0119629228<br><br>Ice Mountain<br>P.O. Box 856680<br>Louisville, KY 40285-6680 | | | Trade Vendor | | | | 9.24 |
| ACCOUNT NO.<br><br>Indianapolis Viet Bao<br>P.O. Biox 501966<br>Indianapolis, IN 46250 | | | Trade Vendor | | | | 70.00 |
| ACCOUNT NO.<br><br>Internet Business Services, Inc | | | Trade Vendor | | | | unknown |
| ACCOUNT NO.<br><br>IX2 Networks | | | Trade Vendor | | | | unknown |
| ACCOUNT NO.<br><br>Lien Bang Magazine<br>P.O. Box 56031<br>Indianapolis, IN 46256 | | | Trade Vendor, advertising | | | | 70.00 |

Sheet no. _3_ of _11_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ▶  $                149.24

Total  ▶  $

(Use only on last page of the completed Schedule F.)
(Raport also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re    **VITC LLC**                                          Case No. _____
                          Debtor                                        (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | X | | | | X | | 10,084.46 |
| McCollom Realty 1010 Lake St Unit 209 Oak Park, IL 60301 <br><br> John M. Kennelly 1010 Lake St. Unit 209 Oak Park, IL 60301 | | | Lease for space at 1010 Lake St, Unit 621, Oak Park, IL 60301 formerly occupied by debtor. | | | | |
| ACCOUNT NO. 822826 | | | | | | | 1,671.99 |
| NECA TRS P.O. Box 360090 Pittsburgm PA 15251-6090 | | | Trade Vendor | | | | |
| ACCOUNT NO. | | | | | | | 0.00 |
| Neustar | | | Trade Vendor | | | | |
| ACCOUNT NO. | | | | | | | 510.00 |
| Ngay Moi Illinois P.O. Box 2009 Schiller Park, IL 60176 | | | Trade Vendor | | | | |

Sheet no. _4_ of _11_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ 12,266.45

Total ➤ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re    **VITC LLC** _____    Case No. _____
                        Debtor                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Ngay Nay Minnesota<br>P.O. Box 1149<br>Maple Grove, MN 55311 | | | Trade Vendor | | | | 80.00 |
| ACCOUNT NO.<br>Nguoi Viet news-Florida<br>P.O. Box 740062<br>Boyton Beach, FL 33474-0062 | | | Trade Vendor | | | | 440.00 |
| ACCOUNT NO.<br>Nguoi Viet Tay Bac<br>6951 M.L. King Jr. Way South<br>Suite 205<br>Seattle, WA 98118 | | | | | | | 1,700.00 |
| ACCOUNT NO.<br>Niem Tin<br>P.O. Box 465821<br>Lawrenceville, GA 30042 | | | Trade Vendor | | | | 250.00 |
| ACCOUNT NO. 2614145<br>PAETEC COMMUNICATIONS, INC<br>P.O. Box 1283<br>Buffalo, NY14240-1283 | | | Trade Vendor | | | | 568.97 |

Sheet no. 5 of 11 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➤ $   3,038.97

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re    **VITC LLC**                                                    Case No. _____
                                                                                        (If known)
                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Paychex** | | | Trade Vendor | | | | 0.00 |
| ACCOUNT NO.<br><br>**Phu Nu Cali**<br>P.O. Box 610205<br>San Jose, CA 95161 | | | Trade Vendor | | | | 400.00 |
| ACCOUNT NO.<br><br>**Phuong Dong Times, OR**<br>2738 SE 82nd Ave<br>Ste 201A<br>Portland, OR 97266 | | | Advertising | | | | 600.00 |
| ACCOUNT NO.    3993099<br><br>**QUILL CORPORATION**<br>P.O. Box 37600<br>Philadelphia, PA 19101-0600 | | | Merchandise sold on open account.Trade Vendor | | | | 46.44 |
| ACCOUNT NO.<br><br>**Rang Dong Magazine**<br>9149 East Wethersfield Rd<br>Scottsdale, AZ 85260 | | | Advertising | | | | 475.00 |

Sheet no. 6 of 11 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➤    $                    1,521.44

Total ➤    $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re    **VITC LLC** _____    Case No. _____
                          Debtor                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>RSM McGladry<br>One South Waker Drive<br>Suite 800<br>Chicago, IL  60606 | | | Accounting services | | | | 30,000.00 |
| ACCOUNT NO.<br>Saigon News Communications Inc<br>500 Virginia Dr.<br>Orlando, FL 32803 | | | Advertising | | | | 200.00 |
| ACCOUNT NO.<br>Saint Louis Viet Bao<br>8517 Olive Blvd<br>University City, MO 63132 | | | Trade Vendor | | | | 80.00 |
| ACCOUNT NO.  3270867<br>Saveonconferences.com<br>P.O. Box 404351<br>Atlanta, GA 30384-4351 | | | Trade Vendor | | | | 91.37 |
| ACCOUNT NO.<br>Song Moi<br>2338 S. King Rd<br>San Jose, CA 95122 | | | Trade Vendor | | | | 520.00 |

Sheet no. _7_ of _11_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ▶ $  30,891.37

Total ▶ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **VITC LLC**

Case No. _____

Debtor

(If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Tap San Xay Dung**<br>114 Chestnut St.<br>Colwyn, PA 19023 | | | Trade Vendor | | | | 375.00 |
| ACCOUNT NO.<br>**Thang Bom Magazine**<br>621 Tully RD<br>San Jose, CA 95111 | | | Advertising | | | | 150.00 |
| ACCOUNT NO.<br>**Thang Long Newspaper**<br>P.O. Box 220812<br>Boston, MA 02122 | | | Advertising | | | | 250.00 |
| ACCOUNT NO.<br>**Thoi Bao Denver**<br>P.O. Box 6601<br>Broomfield, CO 80021 | | | Advertising | | | | 50.00 |
| ACCOUNT NO.<br>**Thomas O'Connor**<br>620 N Euclid Ave<br>Oak Park, IL 60302 | | | Personal loan from manager. | | | | 58,073.97 |

Sheet no. _8_ of _11_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $   58,898.97

Total  ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **VITC LLC**                                                   Case No. _____
                                          Debtor                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | Unknown |
| Travelers Insurance Consumer Affairs One Tower Square, 5MS Hartford CT 66183 | | | Insurance provider | | | | |
| ACCOUNT NO. | | | | | | | 270.00 |
| Tre-Florida P.O. Box 530034 Orlando, FL 32853 | | | Advertising | | | | |
| ACCOUNT NO. | | | | | | | Unknown |
| Vedder Price 222 N. La Salle Street Suite 2600 Chicago, IL 60601 | | | Legal Services | | | | |
| ACCOUNT NO. | | | | | | | 275.00 |
| Vien Dong Daily News 14891 Moran Street Westminser, CA 92683-5599 | | | Advertising | | | | |
| ACCOUNT NO. | | | | | | | 1,475.00 |
| Viet Bao KC P.O. Box 240066 Kansas City, MO 64124 | | | Trade Vendor | | | | |

Sheet no. _9_ of _11_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ▸ | $ | 2,020.00

Total ▸ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re    **VITC LLC**                                        Case No. _____
_____                              (If known)
                          **Debtor**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> Viet Business News Magazine <br> P.O. Box 19553 <br> Denver, CO 80219 | | | Advertising | | | | 90.00 |
| ACCOUNT NO. <br> Viet My Magazine <br> 1125 E. Passyunk Ave <br> First Floor <br> Philadelphia, PA 19147 | | | Trade Vendor | | | | 520.00 |
| ACCOUNT NO. <br> Viet Tide <br> 15781 Brookhurst St <br> Suite 101 <br> Westminster, CA 92683 | | | Trade Vendor | | | | 325.00 |
| ACCOUNT NO. <br> Vietnam Moi News <br> 8060 Boone RD <br> Houston, TX 77072 | | | Advertising | | | | 480.00 |
| ACCOUNT NO. <br> Vietnamese Communications Group <br> 540 S. 10th Street <br> San Jose, CA 95112 | | | Trade Vendor | | | | 650.00 |

Sheet no. 10 of 11 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $ | 2,065.00

Total  ➤  $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **VITC LLC** _____    Case No. _____
                              Debtor                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | 1,600.00 |
| **VIETSD.COM** 2646 54th Street San Diego, CA 92105 | | | Trade Vendor | | | | |
| ACCOUNT NO. | | | | | | | 1,070.00 |
| Vo's Graphics/Chicago Viet Bao 4960 N Damen Chicago, IL 60625 | | | Trade Vendor | | | | |
| ACCOUNT NO. | | | | | | | 21,998,681.41 |
| VTI_ Traffic Vendor | | | Trade Vendor | | | | |
| ACCOUNT NO. | | | | | | | 1,451.28 |
| WTI_ Traffic Vendor 22722 29th Dr. SE Ste120 Bothel, WA 98021 | | | Trade Vendor | | | | |

*DISPUTED SUBJECT TO ARBITRATION PROCEEDINGS.* (handwritten)

Sheet no. 11 of 11 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

| | | |
|---|---|---|
| Subtotal ▸ | $ | 22,002,802.69 |
| Total ▸ | $ | 22,264,344.16 |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6G (Official Form 6G) (12/07)

In re:  **VITC LLC** _____,          Case No. _____
                                    Debtor                                              (If known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☑ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
|  |  |

B6H (Official Form 6H) (12/07)

In re: **VITC LLC**
_____
Debtor

Case No. _____
(If known)

# SCHEDULE H - CODEBTORS

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Thomas O'Connor**<br>**620 N Euclid**<br>**Oak Park, IL**<br>**60302** | **American Chartered Bank**<br>**932 W. Randolph Street**<br>**Chicago, IL 60607** |
| **Thomas O'Connor**<br>**620 N. Euclid**<br>**Oak Park, IL 60302** | **McCollom Realty**<br>**1010 Lake St**<br>**Unit 209**<br>**Oak Park, IL 60301** |

## UNITED STATES BANKRUPTCY COURT
### Northern District of Illinois
#### Eastern Division

In re:   **VITC LLC**

Case No. _____

Chapter   7

# BUSINESS INCOME AND EXPENSES

FINANCIAL REVIEW OF THE DEBTOR'S BUSINESS (NOTE:  ONLY INCLUDE information directly related to the business operation.)

PART A - GROSS BUSINESS INCOME FOR PREVIOUS 12 MONTHS:

   1.  Gross Income For 12 Months Prior to Filing:       $ _____

PART B - ESTIMATED AVERAGE FUTURE GROSS MONTHLY INCOME:

   2.  Gross Monthly Income:       $ _____ 0.00

PART C - ESTIMATED FUTURE MONTHLY EXPENSES:

   3.  Net Employee Payroll (Other Than Debtor)       $ _____ 0.00
   4.  Payroll Taxes       _____ 0.00
   5.  Unemployment Taxes       _____ 0.00
   6.  Worker's Compensation       _____ 0.00
   7.  Other Taxes       _____ 0.00
   8.  Inventory Purchases (Including raw  materials)       _____ 0.00
   9.  Purchase of Feed/Fertilizer/Seed/Spray       _____ 0.00
  10.  Rent (Other than debtor's principal residence)       _____ 0.00
  11.  Utilities       _____ 0.00
  12.  Office Expenses and Supplies       _____ 0.00
  13.  Repairs and Maintenance       _____ 0.00
  14.  Vehicle Expenses       _____ 0.00
  15.  Travel and Entertainment       _____ 0.00
  16.  Equipment Rental and Leases       _____ 0.00
  17.  Legal/Accounting/Other Professional Fees       _____ 0.00
  18.  Insurance       _____ 0.00
  19.  Employee Benefits (e.g., pension, medical, etc.)       _____ 0.00
  20.  Payments to Be Made Directly By Debtor to Secured Creditors For
        Pre-Petition Business Debts (Specify):
     **None**       _____
  21.  Other (Specify):
     **None**       _____
  22.  Total Monthly Expenses (Add items 3 - 21)       $ _____ 0.00

PART D - ESTIMATED AVERAGE NET MONTHLY INCOME:

  23.  AVERAGE NET MONTHLY INCOME (Subtract Item 22 from Item 2)       $ _____ 0.00

B6 Declaration (Official Form 6 - Declaration) (12/07)

In re  VITC LLC _____

            **Debtor**

Case No. _____

                 **(If known)**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

(NOT APPLICABLE)

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I **Thomas O'Connor**, the **Manager** of the **Corporation** named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of **28** _____ sheets *(Total shown on summary page plus 1)*, and that they are true and correct to the best of my knowledge, information, and belief.

Date _____

Signature: _____

           **Thomas O'Connor Manager**
           [Print or type name of individual signing on behalf of debtor.]

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

**United States Bankruptcy Court**
**Northern District of Illinois**
**Eastern Division**

In re:  **VITC LLC**                                                          Case No.

# List of Equity Security Holders

| REGISTERED NAME OF HOLDER OF SECURITY LAST KNOWN ADDRESS OR PLACE OF BUSINESS | CLASS OF SECURITY | NUMBER REGISTERED | KIND OF INTEREST REGISTERED |
|---|---|---|---|
| **Thamas O'Connor**<br>**620 Euclid Ave.**<br>**Oak Park, IL 60302** | **Member** | | |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, **Thomas O'Connor, Manager** of the Corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date: _____          _____
                                                                    Thomas O'Connor ,Manager
                                                                    Debtor

Penalty for making a false statement or concealing property. Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.

B7 (Official Form 7) (12/07)

## UNITED STATES BANKRUPTCY COURT
### Northern District of Illinois
### Eastern Division

In re:  **VITC LLC**

Case No. _____

_____,
Debtor

(If known)

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

"In business." A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

"Insider." The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

### 1.  Income from employment or operation of business

None
☑

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                SOURCE                          FISCAL YEAR PERIOD

---

### 2.  Income other than from employment or operation of business

None
☑

State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                SOURCE                          FISCAL YEAR PERIOD

## 3. Payments to creditors

**Complete a. or b., as appropriate, and c.**

None
☑

a. *Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approvec nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
☑

b. *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

None
☑

c. *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

## 4. Suits and administrative proceedings, executions, garnishments and attachments

None
☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors fi ing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **McCollom Realty Lt. v. VITC LLC, and Thomas O'Connor** **09M1-701585** | Forcible entry and detainer | **Circuit Court of Cook County** **llinois** **Municipal Division** | **Judgment entered supp. proceedings pend.** |

None ☑ b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

## 5. Repossessions, foreclosures and returns

None ☑ List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

## 6. Assignments and receiverships

None ☑ a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None ☑ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND ADDRESS OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

## 7. Gifts

None ☑ List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

## 8. Losses

None ☑

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

## 9. Payments related to debt counseling or bankruptcy

None ☑

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

## 10. Other transfers

None ☑

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None ☑

b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR' INTEREST IN PROPERTY |
|---|---|---|

## 11. Closed financial accounts

None ☑

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must incluce information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

## 12. Safe deposit boxes

None ☑

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

## 13. Setoffs

None ☑

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

## 14. Property held for another person

None ☑

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

## 15. Prior address of debtor

None ☑

If debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

## 16. Spouses and Former Spouses

None ☑

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

## 17. Environmental Information.

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

None ☑  a.    List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ☑  b.    List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ☑  c.    List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

## 18. Nature, location and name of business

None ☑ a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within the **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership,* list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within the **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the business, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|------|------|------|------|------|

None ☑ b.     Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|------|------|

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within the **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner or more than 5 percent of the voting or equity securities of a corporation; a partner, other than limited partner, of a partnership; a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within the six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

## 19. Books, records and financial statements

None ☐ a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|------|------|
| **Steve Yonk** | |

None ☐ b. List all firms or individuals who within **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|------|------|------|
| **RSM McGladry One South Waker Drive Suite 800 Chicago, IL  60606** | | |

None  c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account
☐     and records of the debtor. If any of the books of account and records are not available, explain.

NAME                                               ADDRESS

**RSM McGladry**

**Thomas O'Connor**

None  d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a
☑     financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

NAME AND ADDRESS                              DATE ISSUED

## 20. Inventories

None  a. List the dates of the last two inventories taken of your property, the name of the person who supervised the
☑     taking of each inventory, and the dollar amount and basis of each inventory.

DATE OF INVENTORY          INVENTORY SUPERVISOR          DOLLAR AMOUNT OF INVENTORY
                                                          (Specify cost, market or other
                                                          basis)

None  b. List the name and address of the person having possession of the records of each of the inventories reported
☑     in a., above.

                                                 NAME AND ADDRESSES OF CUSTODIAN
DATE OF INVENTORY                                OF INVENTORY RECORDS

## 21. Current Partners, Officers, Directors and Shareholders

None
☐

a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

Brian J. Barry
11N 079 Williamsburg Dr
Elgin, IL 60123

Bang B. Nguyen
9616 Ceralene Drive
Fairfax, VA 22032

Brendan P. Tagler
1340 Greenfield Court
Naperville, IL 60564

Christopher T. Michels
1045 W. Oakdale
Chicago, IL 60657

Chung Mah
5155 50th Avenue
Red Deer, Alberta T4N4B3 Canada

Dino M. Guerin
501 Greenview Drive
Wauconda, IL 60084

Hoang B. Nguyen
900 N. Lake Shore Drive
Apt. 2509
Chicago, IL 60611

John F. Leydon c/o Fulton Matthews, Inc
1743 W. Division St
Suite 300
Chicago, IL 60622

Keith S. Baldwin
111 E. Chestnut St.
Apt. 55J
Chicago, IL 60611

Mark Allen Jackson
8908 12th Avenue N.W.
Brandenton, FL 34209

Merita R.C. Tan
61 W. Chestnut
Chicago, IL 60610-3301

Michael F. Bonaguro
1234 Oak Avenue
Evanston, IL 60202

Michael M. Goggin
1044 W. Fulton Mkt #3
Chicago, IL 60607

Patrick J. Sisco
936 N. Honore St. Unit #3
Chicago, IL 60622

Patrick L. O'Connor
217 Dempster St.
Evanston, IL 60201

Rachan D. Reddy
10960 Ashton Ave
#209
Los Angeles, CA 90024

Ryan T. McGuire
1023 N. Woodbine Avenue
Oak Park, IL 60302

Thomas R. Lembeck
1912 N Hudson
Chicago, IL 60614

Thomas S. O'Connor
620 N. Euclid Ave
Oak Park, IL 60302

Trajan Intl. Private Equity Group, LLC

Venudhar D. Reddy & Vijayalakshmi Reddy
1319 Punahou St
Suite 1160
Honolulu, HI 96826

None
☑    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|

## 22. Former partners, officers, directors and shareholders

None
☑    a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None
☑    b. If the debtor is a corporation, list all officers or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

## 23. Withdrawals from a partnership or distributions by a corporation

None
☑    If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

## 24. Tax Consolidation Group.

None
☑

If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

NAME  OF PARENT CORPORATION          TAXPAYER IDENTIFICATION NUMBER (EIN)

## 25. Pension Funds.

None
☑

If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME  OF PENSION FUND              TAXPAYER IDENTIFICATION NUMBER (EIN)

\* \* \* \* \* \*

*[If completed on behalf of a partnership or corporation]*

I, declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date _____          Signature _____

**Thomas O'Connor, Manager**
Print Name and Title

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

_____ continuation sheets attached

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. § 152 and 3571.*

**Dennis M. Sbertoli   3128965**
**Sbertoli Law Office**
**Dennis M. Sbertoli**
**P.O. Box 1482**
**La Grange Park, IL 60526**

**(708)  579-9724**
**Attorney for the Petitioner(s)**

# UNITED STATES BANKRUPTCY COURT

### Northern District of Illinois

### Eastern Division

In Re:
Debtor: **VITC LLC**
Social Security Number:   **36-4454972**

Case No:

Chapter  **7**

Numbered Listing of Creditors

| | Creditor name and mailing address | Category of Claim | Amount of Claim |
|---|---|---|---|
| 1. | | **Priority Claims** | **$     0.00** |
| 2. | **Excel Telecommunications**<br>**433 East Las Colinas Blvd.**<br>**Irving, TX 75039** | **Unsecured Claims** | **$    37.71** |
| 3. | **Advanta Bank Corp.**<br>**P.O. Box 30715**<br>**Salt Lake City, UT  84130-0715** | **Unsecured Claims** | **$     0.00** |
| 4. | **American Chartered Bank**<br>**932 W. Randolph Street**<br>**Chicago, IL 60607** | **Unsecured Claims** | **$ 150,000.00** |
| 5. | **American Express**<br>**2965 W. Corporate Lakes Blvd.**<br>**Weston, FL  33331-3626** | **Unsecured Claims** | **$     0.00** |

In re:   **VITC LLC**                                    Case No. _____

| 6. | AT& T<br>P.O. Box 8100<br>Aurora, IL 60507 | Unsecured Claims | $ 0.00 |
|---|---|---|---|
| 7. | Bang Nguyen<br>9616 Ceralane Drive<br>Fairfax VA  22032 | Unsecured Claims | $ 0.00 |
| 8. | Dien Dan<br>4947 N. Broadway St<br>Chicago, IL 60640 | Unsecured Claims | $ 160.00 |
| 9. | Doi Moi<br>646 Pierce St<br>Philadelphia, PA 19148 | Unsecured Claims | $ 180.00 |
| 10. | Express One-Chicago<br>P.O. Box 900070<br>Sandy, UT 84090 | Unsecured Claims | $ 47.32 |
| 11. | Federal Express<br>P.O. Box 94515<br>Palatine, IL 60094-4515 | Unsecured Claims | $ 0.00 |
| 12. | Ha Uy Di Thoi Bao<br>P.O. Box 270564<br>Honolulu, HI 96827 | Unsecured Claims | $ 125.00 |
| 13. | Homnay Magazine<br>P.O. Box 0797<br>Chicago, IL 60690 | Unsecured Claims | $ 140.00 |
| 14. | Ice Mountain<br>P.O. Box 856680<br>Louisville, KY 40285-6680 | Unsecured Claims | $ 9.24 |

In re:    **VITC LLC**                                              Case No. _____

| 15. | **Indianapolis Viet Bao**<br>**P.O. Biox 501966**<br>**Indianapolis, IN 46250** | **Unsecured Claims** | **$   70.00** |
|---|---|---|---|
| 16. | **Internet Business Services, Inc** | **Unsecured Claims** | **$    0.00** |
| 17. | **IX2 Networks** | **Unsecured Claims** | **$    0.00** |
| 18. | **Lien Bang Magazine**<br>**P.O. Box 56031**<br>**Indianapolis, IN 46256** | **Unsecured Claims** | **$   70.00** |
| 19. | **McCollom Realty**<br>**1010 Lake St**<br>**Unit 209**<br>**Oak Park, IL 60301** | **Unsecured Claims** | **$ 10,084.46** |
| 20. | **NECA TRS**<br>**P.O. Box 360090**<br>**Pittsburgm PA 15251-6090** | **Unsecured Claims** | **$  1,671.99** |
| 21. | **Neustar** | **Unsecured Claims** | **$    0.00** |
| 22. | **Ngay Moi Illinois**<br>**P.O. Box 2009**<br>**Schiller Park, IL 60176** | **Unsecured Claims** | **$   510.00** |
| 23. | **Ngay Nay Minnesota**<br>**P.O. Box 1149**<br>**Maple Grove, MN 55311** | **Unsecured Claims** | **$   80.00** |

Numbered Listing of Creditors - Page 3

In re:   **VITC LLC**                                                    Case No. _____

| 24 . | **Nguoi Viet news-Florida**<br>P.O. Box 740062<br>Boyton Beach, FL 33474-0062 | Unsecured Claims | $   440.00 |
| 25 . | **Nguoi Viet Tay Bac**<br>6951 M.L. King Jr. Way South<br>Suite 205<br>Seattle, WA 98118 | Unsecured Claims | $ 1,700.00 |
| 26 . | **Niem Tin**<br>P.O. Box 465821<br>Lawrenceville, GA 30042 | Unsecured Claims | $   250.00 |
| 27 . | **PAETEC COMMUNICATIONS, INC**<br>P.O. Box 1283<br>Buffalo, NY14240-1283 | Unsecured Claims | $   568.97 |
| 28 . | **Paychex** | Unsecured Claims | $     0.00 |
| 29 . | **Phu Nu Cali**<br>P.O. Box 610205<br>San Jose, CA 95161 | Unsecured Claims | $   400.00 |
| 30 . | **Phuong Dong Times, OR**<br>2738 SE 82nd Ave<br>Ste 201A<br>Portland, OR 97266 | Unsecured Claims | $   600.00 |
| 31 . | **QUILL CORPORATION**<br>P.O. Box 37600<br>Philadelphia, PA 19101-0600 | Unsecured Claims | $    46.44 |
| 32 . | **Rang Dong Magazine**<br>9149 East Wethersfield Rd<br>Scottsdale, AZ 85260 | Unsecured Claims | $   475.00 |

In re:   **VITC LLC**                                          Case No. _____

| | | | |
|---|---|---|---|
| 33. | **RSM McGladry**<br>**One South Waker Drive**<br>**Suite 800**<br>**Chicago, IL  60606** | **Unsecured Claims** | **$  30,000.00** |
| 34. | **Saigon News Communications Inc**<br>**500 Virginia Dr.**<br>**Orlando, FL 32803** | **Unsecured Claims** | **$   200.00** |
| 35. | **Saint Louis Viet Bao**<br>**8517 Olive Blvd**<br>**University City, MO 63132** | **Unsecured Claims** | **$    80.00** |
| 36. | **Saveonconferences.com**<br>**P.O. Box 404351**<br>**Atlanta, GA 30384-4351** | **Unsecured Claims** | **$    91.37** |
| 37. | **Song Moi**<br>**2338 S. King Rd**<br>**San Jose, CA 95122** | **Unsecured Claims** | **$   520.00** |
| 38. | **Tap San Xay Dung**<br>**114 Chestnut St.**<br>**Colwyn, PA 19023** | **Unsecured Claims** | **$   375.00** |
| 39. | **Thang Bom Magazine**<br>**621 Tully RD**<br>**San Jose, CA 95111** | **Unsecured Claims** | **$   150.00** |
| 40. | **Thang Long Newspaper**<br>**P.O. Box 220812**<br>**Boston, MA 02122** | **Unsecured Claims** | **$   250.00** |
| 41. | **Thoi Bao Denver**<br>**P.O. Box 6601**<br>**Broomfield, CO 80021** | **Unsecured Claims** | **$    50.00** |

In re:   **VITC LLC**                                                      Case No. _____

| 42 . | **Thomas O'Connor**<br>**620 N Euclid Ave**<br>**Oak Park, IL 60302** | Unsecured Claims | $ 58,073.97 |

| 43 . | **Travelers Insurance**<br>**Consumer Affairs**<br>**One Tower Square, 5MS**<br>**Hartford CT  66183** | Unsecured Claims | $    0.00 |

| 44 . | **Tre-Florida**<br>**P.O. Box 530034**<br>**Orlando, FL 32853** | Unsecured Claims | $   270.00 |

| 45 . | **Vedder Price**<br>**222 N. La Salle Street**<br>**Suite 2600**<br>**Chicago, IL 60601** | Unsecured Claims | $    0.00 |

| 46 . | **Vien Dong Daily News**<br>**14891 Moran Street**<br>**Westminser, CA 92683-5599** | Unsecured Claims | $   275.00 |

| 47 . | **Viet Bao KC**<br>**P.O. Box 240066**<br>**Kansas City, MO 64124** | Unsecured Claims | $ 1,475.00 |

| 48 . | **Viet Business News Magazine**<br>**P.O. Box 19553**<br>**Denver, CO 80219** | Unsecured Claims | $   90.00 |

| 49 . | **Viet My Magazine**<br>**1125 E. Passyunk Ave**<br>**First Floor**<br>**Philadelphia, PA 19147** | Unsecured Claims | $   520.00 |

| 50 . | **Viet Tide**<br>**15781 Brookhurst St**<br>**Suite 101**<br>**Westminster, CA 92683** | Unsecured Claims | $   325.00 |

In re:   **VITC LLC**                                              Case No. _____

| 51. | **Vietnam Moi News**<br>**8060 Boone RD**<br>**Houston, TX 77072** | **Unsecured Claims** | **$    480.00** |
|---|---|---|---|
| 52. | **Vietnamese Communications Group**<br>**540 S. 10th Street**<br>**San Jose, CA 95112** | **Unsecured Claims** | **$    650.00** |
| 53. | **VIETSD.COM**<br>**2646 54th Street**<br>**San Diego, CA 92105** | **Unsecured Claims** | **$  1,600.00** |
| 54. | **Vo's Graphics/Chicago Viet Bao**<br>**4960 N Damen**<br>**Chicago, IL 60625** | **Unsecured Claims** | **$  1,070.00** |
| 55. | **VTI_ Traffic Vendor** | **Unsecured Claims** | **$21,998,681.41** |
| 56. | **WTI_ Traffic Vendor**<br>**22722 29th Dr. SE Ste120**<br>**Bothel, WA 98021** | **Unsecured Claims** | **$  1,451.28** |

In re:   **VITC LLC**                                                Case No. _____

(The penalty for making a false statement or concealing property is a fine up to $500,000 or
imprisonment for up to 5 years or both.  18 U.S.C. secs. 152 and 3571.)

# DECLARATION

I, **VITC LLC** , named as debtor in this case, declare under penalty of perjury that I have
have read the foregoing Numbered Listing of Creditors  consisting of **7 sheets** (not including this declaration), and that it is true
to the best of my information and belief.

Signature: _____
                    **VITC LLC**

Dated: _____

Form B1, Exhibit C
(9/01)

# UNITED STATES BANKRUPTCY COURT
## Northern District of Illinois
### Eastern Division

Exhibit "C"

*[If, to the best of the debtor's knowledge, the debtor owns or has possession of property that poses or is alleged to pose a threat of imminent and identifiable harm to the public health or safety, attach this Exhibit "C" to the petition.]*

In re:

**VITC LLC**

Debtor(s)

Case No.:

Chapter:   **7**

Exhibit "C" to Voluntary Petition

1. Identify and briefly describe all real or personal property owned by or in possession of the debtor that, to the best of the debtor's knowledge, poses or is alleged to pose a threat of imminent and identifiable harm to the public health or safety (attach additional sheets if necessary):

**None**

2. With respect to each parcel of real property or item of personal property identified in question 1, describe the nature and location of the dangerous condition, whether environmental or otherwise, that poses or is alleged to pose a threat of imminent and identifiable harm to the public health or safety (attach additional sheets if necessary):

**N/A**

B 203
(12/94)

# UNITED STATES BANKRUPTCY COURT
## Northern District of Illinois
### Eastern Division

In re:    **VITC LLC**

Case No. _____

Chapter    **7**

Debtor

# DISCLOSURE OF COMPENSATION OF ATTORNEY
# FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s)
and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be
paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in
connection with the bankruptcy case is as follows:

|  |  |  |
|---|---|---|
| For legal services, I have agreed to accept | $ | 5,000.00 |
| Prior to the filing of this statement I have received | $ | 5,000.00 |
| Balance Due | $ | 0.00 |

2. The source of compensation paid to me was:

☐ Debtor          ☑ Other (specify)    **Thomas O'Connor**

3. The source of compensation to be paid to me is:

☐ Debtor          ☐ Other (specify)

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates
of my law firm.

☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of
my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is
attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case,
including:

a) Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file
a petition in bankruptcy;

b) Preparation and filing of any petition, schedules, statement of affairs, and plan which may be required;

c) Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

d) [Other provisions as needed]
**None**

6. By agreement with the debtor(s) the above disclosed fee does not include the following services:

**None**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for
representation of the debtor(s) in this bankruptcy proceeding.

Dated: _____

_____
**Dennis M. Sbertoli, Bar No.  3128965**

**Sbertoli Law Office**
Attorney for Debtor(s)

---

Excel Telecommunications
433 East Las Colinas Blvd.
Irving, TX 75039


Advanta Bank Corp.
P.O. Box 30715
Salt Lake City, UT  84130-0715


American Chartered Bank
932 W. Randolph Street
Chicago, IL 60607


American Express
2965 W. Corporate Lakes Blvd.
Weston, FL  33331-3626


AT& T
P.O. Box 8100
Aurora, IL 60507


Bang Nguyen
9616 Ceralane Drive
Fairfax VA  22032


Dien Dan
4947 N. Broadway St
Chicago, IL 60640


Doi Moi
646 Pierce St
Philadelphia, PA 19148


Express Cne-Chicago
P.O. Box 900070
Sandy, UT 84090

Federal Express
P.O. Box 94515
Palatine, IL 60094-4515


Ha Uy Di Thoi Bao
P.O. Box 270564
Honolulu, HI 96827


Homnay Magazine
P.O. Box 0797
Chicago, IL 60690


Ice Mountain
P.O. Box 856680
Louisville, KY 40285-6680


Indianapolis Viet Bao
P.O. Biox 501966
Indianapolis, IN 46250


Internet Business Services, Inc


IX2 Networks


John M. Kennelly
1010 Lake St.
Unit 209
Oak Park, IL 60301


Lien Bang Magazine
P.O. Box 56031
Indianapolis, IN 46256

McCollum Realty
1010 Lake St
Unit 209
Oak Park, IL 60301

NECA TRS
P.O. Box 360090
Pittsburgm PA 15251-6090

Neustar

Ngay Moi Illinois
P.O. Box 2009
Schiller Park, IL 60176

Ngay Nay Minnesota
P.O. Box 1149
Maple Grcve, MN 55311

Nguoi Viet news-Florida
P.O. Box 740062
Boyton Beach, FL 33474-0062

Nguoi Viet Tay Bac
6951 M.L. King Jr. Way South
Suite 205
Seattle, WA 98118

Niem Tin
P.O. Box 465821
Lawrenceville, GA 30042

PAETEC COMMUNICATIONS, INC
P.O. Box 1283
Buffalo, NY14240-1283

Phu Nu Cali
P.O. Box 610205
San Jose, CA 95161


Phuong Dong Times, OR
2738 SE 82nd Ave
Ste 201A
Portland, OR 97266


QUILL CORPORATION
P.O. Box 37600
Philadelphia, PA 19101-0600


Rang Dong Magazine
9149 East Wethersfield Rd
Scottsdale, AZ 85260


RSM McGladry
One South Waker Drive
Suite 800
Chicago, IL  60606


Saigon News Communications Inc
500 Virginia Dr.
Orlando, FL 32803


Saint Louis Viet Bao
8517 Olive Blvd
University City, MO 63132


Saveonconferences.com
P.O. Box 404351
Atlanta, GA 30384-4351

Song Moi
2338 S. King Rd
San Jose, CA 95122


Tap San Xay Dung
114 Chestnut St.
Colwyn, PA 19023


Thang Bom Magazine
621 Tully RD
San Jose, CA 95111


Thang Long Newspaper
P.O. Box 220812
Boston, MA 02122


Thoi Bao Denver
P.O. Box 6601
Broomfield, CO 80021


Thomas O'Connor
620 N Euclid
Oak Park, IL
60302


Thomas O'Connor
620 N Euclid Ave
Oak Park, IL 60302


Thomas O'Connor
620 N. Euclid
Oak Park, IL 60302


Travelers Insurance
Consumer Affaiirs
One Tower Square, 5MS
Hartford CT  66183

Trustee
P.O. Box 530034
Orlando, FL 32853


Vedder Price
222 N. La Salle Street
Suite 2600
Chicago, IL 60601


Vien Dong Daily News
14891 Moran Street
Westminser, CA 92683-5599


Viet Bao KC
P.O. Box 240066
Kansas City, MO 64124


Viet Business News Magazine
P.O. Box 19553
Denver, CO 80219


Viet My Magazine
1125 E. Passyunk Ave
First Floor
Philadelphia, PA 19147


Viet Tide
15781 Brookhurst St
Suite 101
Westminster, CA 92683


Vietnam Moi News
8060 Boone RD
Houston, TX 77072


Vietnamese Communications Group
540 S. 10th Street
San Jose, CA 95112

VIETSD.COM
2646 54th Street
San Diego, CA 92105


Vo's Graphics/Chicago Viet Bao
4960 N Damen
Chicago, IL 60625


VTI_ Traffic Vendor


WTI_ Traffic Vendor
22722 29th Dr. SE Ste120
Bothel, WA 98021